NELLIE NEAR, Administratrix, etc., Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued March 10, 1885; decided March 24, 1885.)

32 Hun 557 affirmed

*Samuel Hand* for appellant.

*James W. Verbeck* for respondent.

Agree to affirm; no opinion.
All concur, except MILLER, J., not voting.
Judgment affirmed.